# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE H. KNOX, | ) | No. SA CV 22-835-JFW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| RALPH DIAZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is dismissed without prejudice.

DATED: 9/29/22

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE